UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RECEIVED
06 NOV 24 PM 3:37
CLERK U.S. DIST. COURT
MINNEAPOLIS, MN

United States of America,

Plaintiff,

Criminal No. 02-203 JNE
03-107 JNE

v.

Everette Jones,

Defendant.

**ORDER FOR APPOINTMENT OF COUNSEL**

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that counsel is appointed pursuant to 18 U.S.C. § 3006A.

Dated: November 21, 2006

Honorable Joan N. Ericksen
United States District Court Judge

SCANNED
NOV 24 2006
U.S. DISTRICT COURT MPLS