PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
JUN 13 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

for the

**DISTRICT OF MINNESOTA**

**United States v. Everett Jones Jr.**

**Docket Nos. 0:02CR00203-001(JNE) and 0:03CR00107-003(JNE)**

**Petition on Supervised Release**

COMES NOW Richard W. Hermes, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Everett Jones Jr. who was sentenced for Felon in Possession of a Firearm on February 20, 2003, by the Honorable Joan N. Ericksen, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Drug/alcohol treatment, mandatory drug testing, no gang association, psychological/ psychiatric counseling/treatment, and no firearms or dangerous weapons

On September 8, 2005, Everett Jones Jr. was sentenced by the Honorable Joan N. Ericksen for Conspiracy to Distribute and Possess with Intent to Distribute in Excess of 50 Grams of Cocaine Base to a concurrent period of 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Drug/alcohol treatment, mandatory drug testing, no gang association, and no firearms or dangerous weapons

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Everett Jones Jr. was released from the custody of the Bureau of Prisons on June 4, 2008. In an effort to assist Everett Jones Jr. in gaining and maintaining employment, it is requested the Court modify his conditions of supervision to include the District of Minnesota's employment condition. On June 10, 2008, Everett Jones Jr. reviewed the proposed modification and executed a Prob 49, Hearing Waiver, offering no objection.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following: If not employed at a regular lawful occupation, as deemed appropriate by the probation officer, the defendant may be required to perform up to 20 hours of community service per week until employed. The defendant may also participate in training, counseling, daily job search, or other employment-related activities, as directed by the probation officer.

SCANNED
JUN 13 2008
U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 12th day of June 2008, and ordered filed and made a part of the records in the above case.

Honorable Joan N. Ericksen
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Richard W. Hermes
U.S. Probation Officer

| | |
|---|---|
| Telephone: | 612-664-5368 |
| Executed on | June 10, 2008 |
| Place | Minneapolis |

☐ Order not executed. Please contact me to discuss this matter further.

Approved:

John G. Baskfield
Supervising U.S. Probation Officer
Telephone: 612-664-5365