Prob 49

FILED BY CLERK OF COURT

RECEIVED

JUN 13 2008

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

United States v. Everett Jones, Jr.

Docket No. 0:02CR00203-001 and 0:03CR00107-003

## HEARING WAIVER

I, Everett Jones, Jr., have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> If not employed at a regular lawful occupation, as deemed appropriate by the probation officer, the defendant may be required to perform up to 20 hours of community service per week until employed. The defendant may also participate in training, counseling, daily job search, or other employment-related activities, as directed by the probation officer.

Signed: Everett Jones Jr

Everett Jones, Jr.

Witness: [signature]

Dated: 6/10/08

SCANNED

JUN 13 2008

U.S. DISTRICT COURT MPLS